Michael E. Murphy, Esq. (Bar #174408)
SIMS LAW FIRM, LLP
19762 MacArthur Boulevard, Suite 350
Irvine, California 92612
(949) 253-7900
(949) 253-7930 - FAX

Attorneys for Defendant NATIONAL RAILROAD PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH PAUL ROSS<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, t/d/b/a/ AMTRAK; and DOES 1-10, inclusive<br><br>Defendant. | Case No. CV11-10519 - PJW<br><br>[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE<br><br>Complaint Date: December 20, 2011<br>Trial Date:    April 2, 2013 |

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

Plaintiff MICAH PAUL ROSS and Defendant NATIONAL RAILROAD PASSENGER CORPORATION, by and through their undersigned attorneys, hereby stipulate and agree to the dismissal with prejudice of the above-captioned lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED:

DATED: February 21, 2013    By _____
Honorable Patrick J. Walsh
United States Magistrate Judge

G:\4480\Pleadings\Proposed Order on Stipulation to Dismiss.wpd

[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

1